Craig A. Livingston – SBN 148551
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel:  (925) 952-9880
Fax: (925) 952-9881
clivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com
Attorneys for Defendant
SENTRY EQUIPMENT ERECTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE LAGUNITAS BREWING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY EQUIPMENT ERECTORS, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:15-cv-02971-JSW<br><br>**[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
|---|---|---|

Pursuant to the stipulation of the parties, and;

GOOD CAUSE APPEARING;

The Case Management Conference currently scheduled for Friday, September 25, 2015 at 11:00 a.m. in Courtroom 5 is continued to Friday, October 2, 2015 at 11:00 a.m. in Courtroom 5.

The parties are to prepare and file a Joint Case Management Conference Statement no later than Friday, September 25, 2015.

IT IS SO ORDERED.

July  16 , 2015.

_____
Hon. Jeffrey S. White
United States District Judge

---

*The Lagunitas Brewing Company v. Sentry Equipment Erectors, Inc.,* Case No. 4:15-cv-02971-JSW
[Proposed] Order on Stipulation for Continuance of Case Management Conference
-1-