Michael Mutalipassi (Cal. Bar No. 274858)
**ADELSON, TESTAN, BRUNDO, NOVELL & JIMENEZ**
601 Montgomery Street, Suite 1000
San Francisco, CA 94111
Telephone: 415.438.1990
Fax No.: 415.438.1999

Attorneys for Plaintiff,
The Lagunitas Brewing Company, and Twin City Fire Insurance Company as administered by Gallagher Bassett Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING COMPANY, a California Corporation; and TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation<br><br>Plaintiff,<br><br>vs.<br><br>SENTRY EQUIPMENT ERECTORS, INC, a Virginia Corporation,; DOES 1 through 100,<br><br>Defendants. | Case No.: 15-cv-02971-JSW<br><br>[PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br>AS MODIFIED HEREIN |

Pursuant to the stipulation of the parties, and;

GOOD CAUSE APPEARING;

Plaintiffs The Lagunitas Brewing Company and Twin City Fire Insurance Company shall have leave of the Court to file a second amended complaint and Twin City Fire Insurance Company shall be added as a plaintiff to all causes of action. Plaintiffs shall file the amended complaint attached to the stipulation by July 31, 2015.

IT IS SO ORDERED

Dated: July 27, 2015

_____
Hon. Jeffrey S. White
United States District Judge

-1-

*The Lagunitas Brewing Company v. Sentry Equipment Erectors, Inc.* 4:15-cv-02971-JSW
[PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT