1  Craig A. Livingston – SBN 148551
   Crystal L. Van Der Putten – SBN 227262
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5  clivingston@livingstonlawyers.com
   cvanderputten@livingstonlawyers.com
6
   Attorneys for Defendant
7  SENTRY EQUIPMENT ERECTORS, INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  THE LAGUNITAS BREWING COMPANY, | Case No. 4:15-cv-02971-KAW |
| 11 | (Consolidated with |
|           Plaintiff, |    Case No. 3:15-cv-06044-KAW) |
| 12 | |
|      v. | **STIPULATION AND [PROPOSED]** |
| 13 | **ORDER EXTENDING MEDIATION** |
|    SENTRY EQUIPMENT ERECTORS, INC., | **DEADLINE** |
| 14  and DOES 1 through 100, inclusive, | |
| 15          Defendants. | |
| 16 | |
|    CHARLES CHRISTOPHER PERKINS, an | |
| 17  individual, | |
| 18          Plaintiff, | |
| 19      v. | |
| 20  SENTRY EQUIPMENT ERECTORS, INC., | |
|     a Virginia Corporation and DOES 1-25, | |
| 21  inclusive, | |
| 22          Defendants. | |

23

24      It is hereby stipulated, by and through counsel for Plaintiffs THE LAGUNITAS

25  BREWING COMPANY and TWIN CITY FIRE INSURANCE COMPANY, Plaintiff

26  CHARLES CHRISTOPHER PERKINS, and Defendant SENTRY EQUIPMENT ERECTORS,

27  INC., that:

28  _____
*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-
KAW consolidated with *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-KAW
**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE**

1. These consolidated cases are currently set for mediation before Northern District mediator Jonathan Lee, Esq. on September 9, 2016;
2. Counsel for all parties agree that it is premature to mediate these matters at this time, primarily because Plaintiff Charles Christopher Perkins, the injured employee in this industrial accident/product liability action, is just now returning to base line following his most recent surgery.  As a result, Mr. Perkins has not been evaluated from a functional capacity/vocational rehabilitation perspective which is needed to properly evaluate his claims.  Moreover, given his recent surgery, Plaintiff Perkins has not yet undergone a medical exam which Defendant intends to notice.
3. All counsel agree that the mediation should be postpone until November, 2016 in order to accommodate this work up and therefore agree that the new mediation deadline should be November 30, 2016.  All counsel with work with mediator Jonathan Lee to reschedule mediation for a suitable date in November 2016.
4. All counsel have been in communication with mediator Jonathan Lee who readily consented to the continuance.

It is therefore stipulated by and between all counsel, with the approval of mediator Jonathan Lee, that the mediation completion date be continued to November 30, 2016.

**IT IS SO STIPULATED.**

Dated:  August 26, 2016          ADELSON, TESTAN, BRUNDO, NOVELL & JIMENEZ

By  /s/ *Davil Vasquez*
　　Davil Vasquez, Esq.
　　Attorneys for Plaintiffs
　　THE LAGUNITAS BREWING COMPANY, A CALIFORNIA CORPORATION; AND TWIN CITY FIRE INSURANCE COMPANY, AN INDIANA CORPORATION

---

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW consolidated with *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-KAW
**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE**

1  Dated:  August 26, 2016                KRANKEMANN PETERSEN LLP

2                                          /s/ *Martin Reilley, Esq.*
                                        By _____
3                                          Martin T. Reilley, Esq.
                                           Attorneys for Plaintiff
4                                          CHARLES CHRISTOPHER PERKINS

5

6  Dated:  August 26, 2016                LIVINGSTON LAW FIRM

7                                          /s/ *Craig A. Livingston*
                                        By _____
8                                          Craig A. Livingston
                                           Crystal L. Van Der Putten
9                                          Attorneys for Defendant
                                           SENTRY EQUIPMENT ERECTORS, INC.
10

11                          **[~~PROPOSED~~] ORDER**

12          ☒     The parties' stipulation is adopted and IT IS SO ORDERED.
13          ☐     The parties' stipulation is modified as follows, and IT IS SO ORDERED.

14

15  Dated: 8/30/16                         /s/ Kandis Westmore
                                        _____
16                                         UNITED STATES MAGISTRATE JUDGE

___

*The Lagunitas Brewing Company, et al. v. Sentry Equipment Erectors, Inc.*, Case No. 4:15-cv-02971-KAW consolidated with *Perkins v. Sentry Equipment Erectors, Inc.*, Case No. 3:15-cv-06044-KAW
**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE**