W. CHRISTIAN KRANKEMANN (SBN 220438)
MARTIN REILLEY (SBN 83697)
KRANKEMANN | PETERSEN LLP
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100

Attorney for Plaintiff
CHARLES CHRISTOPHER PERKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING COMPANY, a California Corporation; and TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br>        Plaintiffs,<br>vs.<br>SENTRY EQUIPMENT ERECTORS, INC., a Virginia Corporation; and DOES 1 through 100, inclusive,<br>        Defendants.<br>CHARLES CHRISTOPHER PERKINS, an individual,<br>        Plaintiff,<br>vs.<br>SENTRY EQUIPMENT ERECTORS, INC., a Virginia Corporation; and DOES 1-25, inclusive,<br>        Defendants. | CASE NO.: 4:15-cv-02971-KAW<br>*[Consolidated with Case No.: 3:15-cv-06044-KAW]*<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DISCOVERY DEADLINES**<br><br>Trial Date:    June 19, 2017 |

It is hereby stipulated, by and through counsel for Plaintiff CHARLES CHRISTOPHER PERKINS, Plaintiff THE LAGUNITAS BREWING COMPANY and TWIN CITY FIRE INSURANCE COMPANY, and Defendant SENTRY EQUIPMENT ERECTORS, INC., that:

1. The parties recently attended a first attempt at Alternative Dispute Resolution (ADR) with Jonathan Lee, Esq. serving as mediator on December 2, 2016. The parties believe that additional non-expert discovery is needed to return to ADR in hopes of pursuing additional good faith efforts

1. to settle this case.

2. Many of the individuals that are to be deposed live outside of California in places such as Virginia and Oregon, which makes the scheduling and attending their depositions difficult to complete by December 23, 2016 as ordered by the Court and previously stipulated to the parties. Some of these individuals were only identified, and their significance ascertained, during the deposition of Defendant Sentry Equipment & Erectors, Inc. Rule 30(b)(6) witness, Doug Weeks, that was taken on November 17, 2016 in Lynchburg, Virginia.

3. In an effort to resume good faith negotiations of this matter and to schedule and attend the depositions in this case, the parties wish to enter into another stipulation to extend non-expert discovery as well as other deadlines that could be affected by the continuance of non-expert discovery.

4. Summary of current and proposed dates:

| Date/Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to Hear Dispositive Motions | April 6, 2017 | April 14, 2017 |
| Close of Expert Discovery | March 24, 2017 | April 3, 2017 |
| Rebuttal Expert Disclosure/Reports | March 10, 2017 | March 24, 2017 |
| Defendant's Expert Disclosure/Reports | February 24, 2017 | March 10, 2017 |
| Plaintiffs' Expert Disclosure/Reports | January 20, 2017 | February 10, 2017 |
| Non-expert Discovery Cut-off | December 23, 2016 | January 13, 2017 |
| ADR Completion | November 30, 2016 | Completed |

5. The parties stipulate that all other dates in the April 29, 2016 Case Management and Pretrial Order for Jury Trial can remain unchanged.

///

///

///

///

///

**IT IS SO STIPULATED.**

DATED: December 12, 2016          KRANKEMANN | PETERSEN LLP


By_____/s/ W. Christian Krankemann_____
    W. CHRISTIAN KRANKEMANN
    Attorney for Plaintiff,
    CHARLES CHRISTOPHER PERKINS


DATED: December 12, 2016          ADELSON, TESTAN, BRUNDO, NOVELL & JIMENEZ


By_____/s/ Davil Vasquez_____
    Davil Vasquez, Esq.
    Attorney for Plaintiffs,
    THE LAGUNITAS BREWING COMPANY
    and TWIN CITY FIRE INSURANCE
    COMPANY


DATED: December 12, 2016          LIVINGSTON LAW FIRM


By ____/s/ Craig A. Livingston_____
    CRAIG A. LIVINGSTON
    Attorney for Defendant
    SENTRY EQUIPMENT ERECTORS, INC.

**[PROPOSED] ORDER**

Pursuant to the above stipulation of the parties and good cause appearing, the April 29, 2016 Case Management and Pretrial Order for Jury Trial is modified to reflect the Proposed Dates, set forth above, AS MODIFIED.

Dated: 12/16/16                    _Kandis Westmore_____
                                   UNITED STATES MAGISTATE JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DISCOVERY DEADLINES