UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING COMPANY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SENTRY EQUIPMENT ERECTORS, INC., <br><br> Defendant. | Case No. 4:15-cv-02971-KAW <br><br> **AMENDED CASE SCHEDULING ORDER; ORDER VACATING 1/10/17 CASE MANAGEMENT CONFERENCE; ORDER SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 64 |

On January 4, 2017, the parties submitted a joint case management statement, in which they requested a continuance of the trial date to permit additional time to engage in settlement efforts, and provided proposed deadlines. Upon review of the joint case management statement, the Court VACATES the January 10, 2017 case management conference, and sets the following deadlines:

| | |
|---|---|
| Trial | October 16, 2017 |
| Pretrial Conference | October 3, 2017 |
| Objections | September 22, 2017 |
| Joint Pretrial Statement | September 12, 2017 |
| Meet and Confer | September 1, 2017 |
| Last day to Hear Dispositive Motions | July 20, 2017 |
| Close of Expert Discovery | May 30, 2017 |
| Rebuttal Expert Disclosure and Reports Provided | May 12, 2017 |
| Defendant's Expert Disclosure and Reports Provided | April 28, 2017 |
| Plaintiffs' Expert Disclosure and Reports Provided | March 31, 2017 |

| Non-Expert Discovery Cut-off | February 28, 2017 |

A further case management conference will be held on April 11, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 9, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge