UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHRISTOPHER PERKINS, Plaintiff, v. SENTRY EQUIPMENT ERECTORS, INC., Defendant. | Case No. 4:15-cv-02971-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 94 |

Defendant's motion to appear telephonically at the case management conference on August 8, 2017 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: August 1, 2017

KANDIS A. WESTMORE
United States Magistrate Judge