UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHRISTOPHER PERKINS, <br> Plaintiff, <br> v. <br> SENTRY EQUIPMENT ERECTORS, INC., <br> Defendant. | Case No. 4:15-cv-02971-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER VACATING TRIAL DEADLINES** |

On September 8, 2017, the parties attended a settlement conference with U.S. Magistrate Judge Donna M. Ryu, at which the case settled. (Minute Entry, Dkt. No. 106.) Accordingly, all case deadlines, including the October 23, 2017 trial date, are VACATED, and Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: September 14, 2017

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge