W. CHRISTIAN KRANKEMANN (SBN 220438)
MARTIN REILLEY (SBN 83697)
KRANKEMANN | PETERSEN LLP
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100

Attorney for Plaintiff
CHARLES CHRISTOPHER PERKINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAGUNITAS BREWING COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SENTRY EQUIPMENT ERECTORS, INC., and DOES 1 through 100, inclusive, <br><br> Defendants. <br><br> CHARLES CHRISTOPHER PERKINS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SENTRY EQUIPMENT ERECTORS, INC., a Virginia Corporation; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO.: 4:15-cv-02971-KAW <br> *[Consolidated with Case No.: 3:15-cv-06044-KAW* <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

///

///

-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

IT IS SO STIPULATED.

DATED: November 7, 2017          KRANKEMANN | PETERSEN LLP


                                 By: /s/ W. Christian Krankemann
                                     W. CHRISTIAN KRANKEMANN
                                     Attorney for Plaintiff
                                     CHARLES CHRISTOPHER PERKINS



DATED: November 7, 2017          LIVINGSTON LAW FIRM


                                 By: /s/ Craig A. Livingston
                                     CRAIG A. LIVINGSTON
                                     Attorney for Defendant
                                     SENTRY EQUIPMENT ERECTORS, INC.

**IT IS SO ORDERED.**

Dated: 11/8/17

                                 *Kandis Westmore*
                                 HON. KANDIS A. WESTMORE
                                 United States Magistrate Judge